IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.					CASE NO. 4:11CR00100 JMM

ROGER SANCHEZ

ORDER

The United States of America's Motion to Dismiss the Indictment against Roger Sanchez is granted (#17). The indictment returned by the Grand Jury for the Eastern District of Arkansas on May 3, 2011, is hereby dismissed.

IT IS SO ORDERED this  8  day of June, 2012.


_____
James M. Moody
United States District Judge